UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN DUANE KIDERLEN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 4:06-CV-424 CAS |
| MATT BLUNT, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

This closed matter is before the Court on plaintiff Steven Duane Kiderlen's <u>pro se</u> motion to dismiss the cause of action without prejudice. On March 23, 2006, this matter was dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Steven Duane Kiderlen's motion to dismiss without prejudice is **DENIED** as moot. [Doc. 13]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __18th__ day of May, 2010.